NO. SCPW-12-0000350

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

---

RONALD HANSON and KATHY HANSON, Petitioners,

vs.

THE HONORABLE GARY W.B. CHANG, JUDGE OF THE CIRCUIT COURT OF THE FIRST CIRCUIT; THE HONORABLE CRAIG H. NAKAMURA, CHIEF JUDGE OF THE INTERMEDIATE COURT OF APPEALS; and PALEHUA COMMUNITY ASSOCIATION, Respondents.

---

ORIGINAL PROCEEDING
(CIVIL NO. 09-1-1935-08; ICA NO. CAAP 10-0000080)

ORDER
(By: Nakayama, Acting C.J., Acoba, Duffy, and McKenna, JJ. and Circuit Judge Toʻotoʻo, in place of Recktenwald, C.J., recused)

Upon consideration of the motion for reconsideration of the April 26, 2012 orders denying the petition for a writ of mandamus and the motion for recusal,

IT IS HEREBY ORDERED that the motion for reconsideration is denied.

DATED:  Honolulu, Hawaiʻi, May 4, 2012.

/s/ Paula A. Nakayama

/s/ Simeon R. Acoba, Jr.

/s/ James E. Duffy, Jr.

/s/ Sabrina S. McKenna

/s/ Faʻauuga Toʻotoʻo

